James Allen MOSELEY, Appellant,

v.

Jeanine Marie MOSELEY, Respondent.

No. WD 37740.

Missouri Court of Appeal,
Western District.

Nov. 12, 1986.

James J. Wheeler, Keytesville, for appellant.

Jackie L. Bailey, Marceline, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

Appeal by husband from order of temporary maintenance pursuant to §§ 452.315, 452.335, RSMo 1978.

Affirmed. Rule 84.16(b).